**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § | |
| *Plaintiff,* | § | |
| v. | § | CIV. A. NOS. 2:21-CV-00246-JRG (LEAD) |
| | § | 2:22-CV-00193-JRG |
| PNC BANK N.A., | § | |
| *Defendant.* | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Counter-Defendant**" or "**USAA**" refers to United Services Automobile Association
- "**Defendant**" or "**Counter-Plaintiff**" or "**PNC**" refers to PNC Bank N.A.
- The "**'598 Patent**" refers to U.S. Patent No. 10,769,598
- The "**'638 Patent**" refers to U.S. Patent No. 10,402,638
- The "**'788 Patent**" refers to U.S. Patent No. 7,949,788
- The "**'786 Patent**" refers to U.S. Patent No. 8,868,786
- "**USAA's Asserted Claims**" refers collectively to Claims 1, 3, 5, 10, and 13 of the '598 Patent and Claim 20 of the '638 Patent
- "**PNC's Asserted Claims**" refers collectively to Claims 3 and 10 of the '788 Patent and Claims 1, 2, and 5 of the '786 Patent

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM</u>**

## THE VERDICT AS RELATES TO THE '598 AND '638 PATENTS ASSERTED BY USAA AGAINST PNC

### QUESTION NO. 1

Did USAA prove by a preponderance of the evidence that PNC infringed **ANY** of USAA's Asserted Claims?

Yes: ✓ No: ____________

**QUESTION NO. 2**

Did PNC prove by clear and convincing evidence that any of the following USAA Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No".

| | | |
|---|---|---|
| Claim 1 of the '598 Patent: | Yes: ______ | No: ✓ |
| Claim 3 of the '598 Patent: | Yes: ______ | No: ✓ |
| Claim 5 of the '598 Patent: | Yes: ______ | No: ✓ |
| Claim 10 of the '598 Patent: | Yes: ______ | No: ✓ |
| Claim 13 of the '598 Patent: | Yes: ______ | No: ✓ |
| Claim 20 of the '638 Patent: | Yes: ______ | No: ✓ |

**If you answered "NO" to Question No. 1, *OR* "YES" to ALL of USAA's Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any USAA Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did USAA prove by a preponderance of the evidence that PNC willfully infringed **ANY** of USAA's Asserted Claims that you found were infringed?

Yes: _______ No: ✓

**If you answered "NO" to Question No. 1, *OR* "YES" to ALL USAA Asserted Claims in Question No. 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any USAA Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 4a**

What sum of money, if paid now in cash, has USAA proven by a preponderance of the evidence would compensate it for its damages for infringement?

Answer in United States Dollars and Cents, if any:

$ 4,300,000.00

**Answer Question No. 4b ONLY if you awarded monetary damages in Question No. 4a.**

**QUESTION NO. 4b**

Is the total amount you found in Question No. 4a a one-time lump sum for past and future sales, or a running royalty for past sales? Check **ONLY** one of the following:

One-time lump sum: ✓

Running Royalty: _____

## THE VERDICT AS RELATES TO THE '788 AND '786 PATENTS ASSERTED BY PNC AGAINST USAA

### QUESTION NO. 5

Did PNC prove by a preponderance of the evidence that USAA infringed **ANY** of PNC's Asserted Claims?

Yes: ____________ No: ✓

**QUESTION NO. 6**

Did USAA prove by clear and convincing evidence that any of the following PNC Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No".

| | | |
|---|---|---|
| Claim 3 of the '788 Patent: | Yes: ______ | No: ✓ |
| Claim 10 of the '788 Patent: | Yes: ______ | No: ✓ |
| Claim 1 of the '786 Patent: | Yes: ______ | No: ✓ |
| Claim 2 of the '786 Patent: | Yes: ______ | No: ✓ |
| Claim 5 of the '786 Patent: | Yes: ______ | No: ✓ |

**If you answered "NO" to Question No. 5, *OR* "YES" to ALL of PNC's Asserted Claims in Question No. 6, then DO NOT answer Question No. 7.**

**Answer Question No. 7 ONLY as to any PNC Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 7**

Did PNC prove by a preponderance of the evidence that USAA willfully infringed **ANY** of the PNC Asserted Claims that you found were infringed?

Yes: _______ No: _______

**If you answered "NO" to Question No. 5, *OR* "YES" to ALL PNC Asserted Claims in Question No. 6, then DO NOT answer Question No. 8.**

**Answer Question No. 8 ONLY as to any PNC Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 8**

What sum of money, if paid now in cash, has PNC proven by a preponderance of the evidence would compensate it for its damages for infringement?

Answer in United States Dollars and Cents, if any:

$ ____________________________________________

# FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 16th day of September 2022.

______________________________
Jury Foreperson